■ JPMorgan Chase Bank, National Association, Appellant, v Sandra A. Kobee, Also Known as Sandra Kobee, Respondent, et al., Defendants. (Appeal No. 2.) [31 NYS3d 904]— Appeal from an order of the Supreme Court, Erie County (James H. Dillon, J.), entered March 12, 2015. The order denied the motion of plaintiff for leave to reargue and renew its motion for summary judgment.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *JPMorgan Chase Bank, N.A. v Kobee* ([appeal No. 1] 140 AD3d 1622 [2016]). Present—Whalen, P.J., Peradotto, Lindley, DeJoseph and NeMoyer, JJ.